In re Morgan STANLEY, Morgan Stanley & Co. Incorporated, J.P. Morgan Chase & Co., J.P. Morgan Securities, Inc., J.P. Morgan Clearing Corp., Credit Suisse Holdings (USA), Inc., Credit Suisse Securities (USA) LLC, The Goldman Sachs Group, Inc., Goldman Sachs & Co., Goldman Sachs Execution & Clearing LP, SWS Group, Inc., and Southwest Securities, Inc., Petitioners.

In Re Bats Trading, Inc. (Also Known as Bats Exchange, Inc.), The Nasdaq Omx Group, Inc., Nasdaq Omx Phlx, Inc., International Securities Exchange, LLC, Chicago Board Options Exchange, Incorporated, Nyse Euronext, Nyse Arca, Inc., Nyse Amex, LLC, Securities Industry Automation Corporation, Options Price Reporting Authority, Boston Options Exchange Group, LLC, CME Group, Inc., Board of Trade of the City of Chicago, Inc., and New York Mercantile Exchange, Inc., Petitioners.

In re Thomson Reuters Corporation, Factset Research Systems Inc., Bloomberg L.P. and Interactive Data Corporation, Petitioners.

Misc. Nos. 962, 964, 967.

United States Court of Appeals, Federal Circuit.

May 11, 2011.

Rehearing and Rehearing En Banc Denied Aug. 11, 2011.*

---

\* Circuit Judge Gajarsa and Circuit Judge Dyk, did not participate in the vote. Circuit Judge Gajarsa assumed senior status on July 31, 2011.

\*\* With regard to the parties' arguments regarding when this court's mandate may issue, we

Before RADER, Chief Judge,
NEWMAN and BRYSON, Circuit Judges.

## ORDER

PER CURIAM.

Upon consideration of CME Group, Inc.'s motion for a stay of proceedings in the United States District Court for the Eastern District of Texas,

IT IS ORDERED THAT:

The motion is denied.\*\*

note that this court does not issue mandates relating to petitions for writs of mandamus. Fed. Cir. R. 40(e).